IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:24-CR-186 (GTS) |
| v. | ) **Information** | |
| **SARA GONZALSKI,** | ) Violations: | 21 U.S.C. § 846 [Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances] |
| **Defendant.** | ) | 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute Controlled Substances] |
| | ) 2 Counts | |
| | ) County of Offense: | Onondaga |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**[Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances]**

From in or about February 2022, through March 30, 2022, in Onondaga County in the Northern District of New York, the defendant, **SARA GONZALSKI,** conspired with others to knowingly and intentionally distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. That violation involved cocaine and cocaine base, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 2
**[Possession with Intent to Distribute Controlled Substances]**

On or about March 30, 2022, in Onondaga County in the Northern District of New York, the defendant, **SARA GONZALSKI,** knowingly and intentionally possessed with intent to

distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved cocaine and cocaine base, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Dated: April 16, 2024            CARLA B. FREEDMAN
                                         United States Attorney

                          By:    /s/ Thomas R. Sutcliffe
                                         Thomas R. Sutcliffe
                                         Assistant United States Attorney
                                         Bar Roll No. 700766